577 A.2d 164

IN THE MATTER OF AUGUST C. MICHAELIS, AN ATTORNEY AT LAW.

August 3, 1990.

### ORDER

The Office of Attorney Ethics having advised this Court that AUGUST C. MICHAELIS of PASSAIC, who was admitted to

the Bar of this State in 1940, has pleaded guilty to obstructing the inquiry of a Congressional subcommittee, in violation of 18 *U.S.C.A.* § 1505, and conspiring to evade federal taxes, in violation of 18 *U.S.C.A.* § 371; and good cause appearing;

It is ORDERED that pursuant to *R.* 1:20–6(b)(1), AUGUST C. MICHAELIS is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further order of this Court; and it is further

ORDERED that AUGUST C. MICHAELIS be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that AUGUST C. MICHAELIS comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended attorneys.